AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
COUNTRY CRAMER

_____
Defendant

) Case: 1:22-mj-00150
) Assigned To : Harvey, G. Michael
) Assign. Date : 7/1/2022
) Description: Complaint W/ Arrest Warrant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Country Cramer,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 07/01/2022

G. Michael Harvey  Digitally signed by G. Michael Harvey
Date: 2022.07.01 10:59:41 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/1/2022, and the person was arrested on *(date)* 7/8/2022
at *(city and state)* Martinsburg, WV.

Date: 7/8/2022

*Arresting officer's signature*

Matthew L. Dunleavy, Special Agent
*Printed name and title*